USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2013

**BEYS, STEIN & MOBARGHA LLP**

Nader Mobargha
646.755.3603 (Direct)
nmobargha@beysstein.com

June 14, 2013

**BY EMAIL**

The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

    Re:    <u>Kriss et al. v. Bayrock Group LLC et al, 10 Civ. 3959 (LGS); Removal of related Stated Court Action, 13 Civ. 3905, to federal court</u>

Dear Judge Schofield:

    We represent defendant Felix Sater in the above-referenced actions and write in response to the government's letter of this date seeking an order (1) dismissing Assistant U.S. Attorney Todd Kaminsky as a defendant; and (2) remanding the case, pursuant to 28 U.S.C. § 1447(c), to the New York Supreme Court. Although we do not oppose Mr. Kaminsky's dismissal as a defendant, we believe that Mr. Sater also has a valid basis to remove the action to federal court. Accordingly, we would request an opportunity to submit removal papers on his behalf and oppose the application to remand, by no later than June 21, 2013.

Respectfully submitted,

*[signature]*

Nader Mobargha
*Counsel to Felix Sater*

Cc:    Frederick M. Oberlander

       Richard E. Lerner

       *Counsel for Plaintiffs*

The Chrysler Building, 405 Lexington Avenue, 7th Floor, New York, NY 10174
Main: 646.755.3600 • Fax: 646.755.3599
www.beysstein.com