**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

| | |
|---|---|
| J. KRISS and MICHAEL EJEKAM alone and for BAYROCK MERRIMAC LLC; BAYROCK GROUP LLC, BAYROCK SPRING STREET LLC; BAYROCK WHITESTONE LLC; and BAYROCK CAMELBACK LLC; and E/O ERNEST and E/OJUDIT GOTTDIENER; ERVIN TAUSKY; and SUAN INVESTMENTS<br>**Plaintiffs**,<br>v.<br>BAYROCK GROUP LLC; TEVFIK ARIF; JULIUS SCHWARZ; FELIX SATTER; BRIAN HALBERG; SALVATORE LAURIA; ALEX SALOMON; JERRY WEINRICH; SALOMON & CO. PC; AKERMAN SENTERFITT LLP; MARTIN DOMB; CRAIG BROWN; DUVAL & STACHENFELD LLP; BRUCE STACHENFELD; DAVID GRANIN; NIXON PEABODY LLP; ADAM GILBERT; ROBERTS & HOLLAND LLP; ELLIOT PISEM; MICHAEL SAMUEL; MEL DOGAN; BAYROCK SPRING STREET LLC; JOHN DOES 1-100; BAYROCK WHITESTONE LLC; BAYROCK CAMELBACK LLC; BAYROCK MERRIMAC LLC; BAYROCK GROUP INC.TAMIR SAPIR; ALEX SAPIR; "SAPIR DOES" 1-100;<br>**Group I Defendants**<br>WALTER SAURACK; SATTERLEE STEPHENS BURKE & BURKE LLP; KELLY MOORE; MORGAN LEWIS & BOCKIUS LLP; NADER MOBARGHA; MICHAEL BEYS; BEYS STEIN & MOBARGHA LLP;<br>**Group II Defendants**<br>TODD KAMINSKY;<br>**Group III Defendants**<br>CIM GROUP; ISTAR FINANCIAL; "LENDER INVESTOR DOES" 1-100; DONALD TRUMP; IVANKA TRUMP; "TRUMP DOES" 1-100; NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA.;<br>**Group IV Defendants** | INDEX NO.<br>651715 / 2013<br><br><br><br><br><br>NOTICE<br>OF PARTIAL<br>DISCONTINUANCE |

**PLEASE TAKE NOTICE:** Pursuant to CPLR §3217(a)(1) this action is discontinued without prejudice as to defendants (1) Donald Trump; (2) Ivanka Trump; (3) Trump Does 1-100; and (4) CIM Group, and for emphasis as to only those defendants, and no other.

May 20, 2013         /s/ Frederick M. Oberlander, Esq.
                     The Law Office of Frederick M. Oberlander, P.C.
                     *Counsel for Plaintiffs*
                     28 Sycamore Lane (Post Office Box 1870)
                     Montauk, New York 11954
                     Tel 212-826-0357  Fax 212-202-7624  Email fred55@aol.com

                     /s/ Richard E. Lerner, Esq.
                     The Law Office of Richard E. Lerner, P.C.
                     *Co-Counsel*