UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

J. KRISS and MICHAEL EJEKAM alone and for
BAYROCK MERRIMAC LLC; BAYROCK
GROUP LLC, BAYROCK SPRING STREET LLC;
BAYROCK WHITESTONE LLC; and BAYROCK
CAMELBACK LLC; and E/O ERNEST and
E/OJUDIT GOTTDIENER; ERVIN TAUSKY; and
SUAN INVESTMENTS

      13 Civ. 3905 (LGS)

     Plaintiffs,

      **AFFIDAVIT OF SERVICE**

     v.

BAYROCK GROUP LLC; TEVFIK ARIF;
JULIUS SCHWARZ; FELIX SATTER;
BRIAN HALBERG; SALVATORE LAURIA;
ALEX SALOMON; JERRY WEINRICH;
SALOMON & CO. PC; AKERMAN SENTERFITT
LLP; MARTIN DOMB; CRAIG BROWN;
DUVAL & STACHENFELD LLP;
BRUCE STACHENFELD; DAVID GRANIN;
NIXON PEABODY LLP; ADAM GILBERT;
ROBERTS & HOLLAND LLP; ELLIOT PISEM;
MICHAEL SAMUEL; MEL DOGAN; BAYROCK
SPRING STREET LLC; JOHN DOES 1-100;
BAYROCK WHITESTONE LLC; BAYROCK
CAMELBACK LLC; BAYROCK MERRICAM LLC;
BAYROCK GROUP INC.; TAMIR SAPIR; ALEX
SAPIR; "SAPIR DOES"
     **Group I Defendants**

WALTER SAURACK; SATTERLEE STEPHENS
BURKE & BURKE LP; KELLY MOORE;
MORGAN LEWIS & BOCKIUS LLP; NADER
MOBARGHA; MICHAEL BEYS; BEYS STEIN &
MOBARGHA LLP;
     **Group II Defendants**

TODD KAMINSKY;
     **Group III Defendants**

CIM GROUP; ISTAR FINANCIAL; "LENDER
INVESTOR DOES" 1-100; DONALD TRUMP;
IVANKA TRUMP; "TRUMP DOES" 1-100;
NATIONAL UNION FIRE INSURANCE CO.
OF PITTSBURGH, PA.;
     **Group IV Defendants**
------------------------------------------------------------x

-1-

I, Lisa M. D'Agostino, declare under penalty of perjury that I am an employee of Beys Stein Mobargha & Berland LLP, and that on June 24, 2013, I served a copy of (i) Defendant Felix Sater's Notice of Removal; (ii) Judge Schofield's Individual Rules & Practice; (iii) Electronic Case Filing Rules & Instructions; and (iv) Notification of Removal, upon all other parties in this case by Regular Mail to the following persons:

The Law Office of Frederick M. Oberlander, P.C.
Counsel for Plaintiffs
28 Sycamore Lane (Post Office Box 1870)
Montauk, New York 11954

Adam Gilbert, Esq.
Nixon Peabody
437 Madison Avenue
New York, NY 10022

Martin Domb, Esq.
Akerman Senterfitt, LLP
335 Madison Avenue, 26th Floor
New York, NY 10017

Salomon & Company PC
Stephen Jacobs, Esq.
Landman Corsi Ballaine & Ford PC
120 Broadway
New York, NY 10271

Kelly Moore
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Duval & Stachenfeld, LLP
Attn: Bruce M. Stachenfeld
555 Madison Avenue, 6th floor
New York, NY 10022

Elliot Pisem, Esq.
Roberts & Holland, LLP
825 Eight Avenue, 37th Floor
New York, NY 10019

-3-

National Union Fire Ins. Co.
Alexander S. Lorenzo Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

Bayrock Group Inc.
Tevfik Arif
Julius Schwarz
Brian Halberg
Bayrock Group LLC
Bayrock Whitestone LLC
Bayrock Spring Street LLC
Bayrock Camelback LLC
Bayrock Merrimac LLC
Walter Saurack, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169

CIM Group
515 Madison Avenue
New York, NY 10022

Donald Trump & Ivanka Trump
The Trump Organization Trump Tower
725 Fifth Avenue
New York, NY 10022

Istar Financial
1114 Avenue of the Americas
New York, NY 10036

Mel Dogan, Esq.
Dogan & Associates
5 East 59th Street, Suite 750
New York, NY 10022

Michael Samuel
1000 South Pointe Drive, MTH #1
Miami Beach, FL 33139

V. David Granin
445 Eastgate Road
Ridgewood, NJ 07450

-4-

Dated: New York, New York
       July 2, 2013

                                                                         Lisa M. D'Agostino