```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/16/13__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                            :

JODY KRISS, *et al.,*                      :

                   Plaintiffs,    :

                       :       13 Civ. 3905 (LGS)

       -against-         :

                       :       ORDER

BAYROCK GROUP LLC, *et al.,*    :

                  Defendants.  :

                       :

------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held before the Court on July 16, 2013, it is hereby,

ORDERED that Plaintiffs' Motion for Reconsideration or for Remand (Dkt. No. 13) is DENIED as moot.  The Court observes that Defendant Kaminsky, dismissed from this case on June 25, 2013 (Dkt. No. 9), was never before this Court.  Kaminsky filed a Notice of Removal (Dkt. No. 1) on June 7, 2013, two days after Kaminsky was dismissed from the underlying state court case pursuant to a Notice of Partial Discontinuance filed by Plaintiffs on June 5, 2013.  Therefore, Kaminsky's removal was ineffective, and Kaminsky was never before this Court.

ORDERED that Defendants Donald Trump, Ivanka Trump, Trump Does 1-100 and CIM Group are DISMISSED pursuant to the Notice of Partial Discontinuance filed by Plaintiffs in state court on May 31, 2013.  (Dkt. No. 8, Ex. B).

ORDERED that Plaintiffs' contemplated motion for remand shall be filed no later than **July 30, 2013**.  Defendants' response shall be filed no later than **August 13, 2013**.  Plaintiffs' reply, if any, shall be filed no later than **August 20, 2013**.

2

The Clerk is directed to close the motion at Docket Entry 13.  The Clerk is also directed to remove Defendants Donald Trump, Ivanka Trump, Trump Does 1-100 and CIM Group as parties in this matter.

SO ORDERED.

Dated: July 16, 2013
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE