# Exhibit 1

```
                                                                    1

        UNITED STATES COURT OF APPEALS
             FOR THE SECOND CIRCUIT
    ------------------------------x
    UNITED STATES OF AMERICA,

                    Petitioner,        New York, N.Y.

              v.                       10-2095-cr


    JOHN DOE.

                    Respondent.
    ------------------------------x

                                       February 14, 2011
                                       1:30 p.m.
    Before:

              HON. JOSE A. CABRANES, Presiding
              HON. ROSEMARY S. POOLER
              HON. DENNY CHIN


                                       Circuit Judges
                        APPEARANCES
    TODD KAMINSKY
    PETER A. NORLING
    MARSHALL MILLER
    ELIZABETH KRAMER
         Attorneys  for Petitioner

    RICHARD E. LERNER
         Attorney for Respondent

    KELLY ANN MOORE
         Attorney for John Doe
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

```
X12endoen                    SEALED                                    2

                        APPEARANCES (Continued)

 3   ALSO PRESENT:

 4   RICHARD ROE
     JUDY SELMECI
 5   DAVID SNYDER
     NADER MOBARGHA
 6   MICHAEL BEYS
```

```
X12endoen                SEALED                                    12
```

1  cannot be accessed publicly at this time.
2      The Eastern District docket, currently being presided
3  over by the Honorable Judge Glasser, is completely under seal.
4  There are no accessible documents at this time.
5      JUDGE CABRANES:  Can you describe in general terms why
6  these documents are so sensitive, particularly since some of
7  them seem to be somewhat antique, and there have been in the
8  past some news accounts of the activities or purported
9  activities of John Doe?
10     MR. KAMINSKY:  Yes, your Honor.
11     Mr. Doe's cooperation was of an extraordinary depth
12 and breadth, almost unseen, at least in this United States
13 Attorney's Office.



14
15
16
17
18
19
20
21
22
23
24     The reason why I bring that up, your Honor, is that
25 all of the documents that are currently within the 1998 docket