# Exhibit 7

| from | fred55@aol.com |
|---|---|
| to | joshsemail@gmail.com, |
| | tenslaw@aol.com, |
| | arnoldbernstein@gmail.com |
| date | Thu, Mar 4, 2010 at 7:13 PM |
| subject | further clarity |
| mailed-by | aol.com |

all i want is the minimal possible answer which is

"felix satter"

i will mark and introduce them tmw. if martin objects
i will go right up his butt with every federal crime that
the emails are evidence of (not all of them) and the
privilege exceptions and waivers get it all down on that
transcript on the record

i am so not kidding this is not a game this is not a $150,000
case anymore and DO NOT READ THIS WRONG this is a team
and my job is to shake the living daylights out of them and it
starts NOW

as i said stolen emails are admissible, period. end of story.
i mean admissible into evidence let alone discovery.

and these arent stolen.