USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                   :

JODY KRISS, *et al.*,                   :

                 Plaintiffs,    :              13 Civ. 03905 (LGS)

               -against-       :

                                    :               ORDER

BAYROCK GROUP LLC, *et al.*,       :

                Defendants.  :

                                    :

------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on April 8, 2014, the Court received an *ex parte* letter from Plaintiffs seeking emergency relief.

      It is hereby **ORDERED** that the deadline to file a complaint in this action is adjourned *sine die*, pending the Court's resolution of the issues raised in Plaintiffs' *ex parte* letter.

      It is further **ORDERED** that Plaintiffs shall immediately serve a copy of the *ex parte* letter upon Defendants. Within five days of receipt, Defendants shall file a letter response addressing the issues raised in Plaintiff's letter.

Dated: April 8, 2014
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE