UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J. KRISS and MICHAEL EJEKAM alone and for BAYROCK, MERRIMAC LLC; BAYROCK GROUP LLC, BAYROCK SPRING STREET LLC; BAYROCK WHITESTONE LLC; and BAYROCK CAMELBACK LLC; and E/O ERNEST, E/O JUDIT GOTTDIENER; ERVIN TAUSKY; and SUAN INVESTMENTS<br><br>       Plaintiffs,<br><br>       v.<br><br>BAYROCK GROUP LLC; TEVFIK ARIF; JULIUS SCHWARZ; FELIX SATTER; BRIAN HALBERG; SALVATORE LAURIA; ALEX SALOMON; JERRY WEINRICH; SALOMON & CO. PC; AKERMAN SENTERFITT LLP; MARTIN DOMB; CRAIG BROWN; DUVAL & STACHENFELD LLP; BRUCE STACHENFELD; DAVID GRANIN; NIXON PEABODY LLP; ADAM GILBERT; ROBERTS & HOLLAND LLP; ELLIOT PISEM; MICHAEL SAMUEL; MEL DOGAN; BAYROCK SPRING STREET LLC; JOHN DOES 1-100; BAYROCK WHITESTONE LLC; BAYROCK CAMELBACK LLC; BAYROCK MERRIMAC LLC; BAYROCK GROUP INC.TAMIR SAPIR; ALEX SAPIR; "SAPIR DOES" 1-100; WALTER SAURACK; SATTERLEE STEPHENS BURKE & BURKE LLP; KELLY MOORE; MORGAN LEWIS & BOCKIUS LLP; NADER MOBARGHA; MICHAEL BEYS; BEYS STEIN & MOBARGHA LLP; ISTAR FINANCIAL; "LENDER INVESTOR DOES" 1-100; NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA.; | 13-CV-3905 (LGS)<br><br>AFFIRMATION OF SERVICE |

Undersigned affirm under penalty of perjury *per* 28 U.S.C. §1746 that the *ex parte* letter which is the subject of ECF Nos. 42, 43, and 44 was served on opposing counsel on April 8, 2014 by email and by United States Express Mail, next-day delivery of which was confirmed as 11:57AM April 9, 2014.

| | |
|---|---|
| **FREDERICK M. OBERLANDER**<br>**LAW OFFICE OF FREDERICK M. OBERLANDER, PC**<br>28 Sycamore Lane (Post Office Box 1870)<br>Montauk, New York 11954<br>Telephone: (212) 826-0357<br>Facsimile: (212) 202-7624<br>Email: fred55@aol.com<br><br>*Counsel for Plaintiffs* | **RICHARD E. LERNER**<br>**LAW OFFICE OF RICHARD E. LERNER, PC**<br>501 Fifth Avenue, Suite 300<br>New York, NY 10017<br>Telephone: (917) 584-4864<br>Facsimile: (347) 824-2006<br>Email: richardlerner@msn.com<br><br>*Co-Counsel for Plaintiffs* |