UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 
JODY KRISS, *et al.*,

                        Plaintiffs,

           -against-

BAYROCK GROUP LLC, *et al.*,

                        Defendants.

------------------------------------------------------------X

13 Civ. 03905 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Court has reviewed Plaintiffs' ex parte letter of April 7, 2014; Plaintiffs' publicly filed letter of April 7, 2014 (Dkt. No. 42); Defendants' letter of April 14, 2014; Plaintiffs' letter of April 14, 2014; and Defendants' letter of April 15, 2014.

    It is hereby **ORDERED** that the allegations raised in Plaintiffs' ex parte letter shall be raised, if at all, with the appropriate authorities, and not with the Court.

    It is further **ORDERED** that Plaintiffs' request for a further stay *sine die* is DENIED.

    It is further **ORDERED** that Plaintiffs shall file a complaint in this action no later than **April 23, 2014**. Should Plaintiffs fail to do so, the Court will entertain any motions to dismiss for failure to prosecute, which Defendants may file without exchanging letters with Plaintiffs pursuant to the Court's Individual Rule III.A.3.

    It is further **ORDERED** that the parties shall file all future written communications with the Court via ECF. They are not to exceed two pages, and shall be double-spaced, in 12-point font, and have one-inch margins. Any communications submitted in violation of this paragraph will be rejected unread.

Dated: April 17, 2014
       New York, New York

                                                   LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/14