# QUEENS POLITICS
## The Source For Breaking Political News In Queens, NY.

# Brooklyn Watch Out: shady developer with mob ties targets Eric Adams

Categories: Weeding out corruption

by Queens-Politics

March 13, 2014



The best predictor of future behavior is past behavior.

Jody Kriss wants to build in your neighborhood, except one thing: Jody Kriss might hire the Russian mob to do his grunt work.

Known as Vor-Ton (meaning "thief of tons in Russian") Jody Kriss of East River Partners, has a black-seeded history that becomes ever more clear with a simple google search, but now he may be onto bigger projects like wooing newly minted Brooklyn BP Eric Adams for a giant land deal with a lollipop and a smile. But it's not the wheeling and dealing typical of the real estate industry that require attention, in this case, however, it's the developer's shady past and known criminal associates which warrant a further investigation.

So who is the real Jody Kriss? Kriss, former CFO of The Bayrock Group, is a professional plaintiff who has spent the better part of three years on a frivolous and harassing extortion campaign, filing scores of meritless lawsuits – including lawsuits against Donald Trump. Kriss is a very litigious person, very litigious; so much so that he even sued a former federal prosecutor who had protecting cooperating witnesses whose testimony would have been damaging to Mr. Kriss.

But that's not all. Kriss illegally exposed privileged and government-sealed information in an effort to extort funds through his numerous lawsuits – information that involved organized crime associates and could lead to physical harm of Kriss' former partners at Bayrock Group some have speculated.

- In a 2009 civil complaint, Jody Kriss, who served for five years as the finance director at Bayrock, **alleged that the firm was a "racketeer-influenced and corrupt organization" that… "operated through a pattern of criminal activity." In addition to charging them with embezzlement and various forms of fraud, Kriss alleged they had engaged in "extortion by means of threats of torture and death." The complaint also claims that Bayrock steered a $1.5 million placement fee in 2007 to a convicted partner Lauria for a financing deal involving Bayrock's projects with Trump in Soho, Fort Lauderdale, and Ph**oenix.In a separate lawsuit against a former tech executive, Bayrock lawyers contend that the techie downloaded thousands of documents in the company's system and gave some to Kriss, including emails "related to a sealed criminal matter" that federal prosecutors in Brooklyn are pursuing. The judge who sealed many papers in the ongoing Kriss civil suit, making reference to a criminal probe related to Bayrock, also sealed the ongoing criminal case of Sal Lauria, who has a cooperation agreement with the government. These orders make it impossible to determine what the criminal matter, or even some of the civil court issues (including Bayrock's defense), might be. -

Kriss admitted in court that this release of protected information was done to help the extortion process and, perhaps due to this release of this information, one of Kriss' lawsuit targets was beaten and life was threatened. Was it because Kriss gave this illegally obtained information directly to the mobsters implicated by Kriss' extortion? We may never know but what we do know is that even Donald Trump has put distance between Kriss and his former Partners like Tamir Sapir at Bayrock, the alleged money laundering outfit run by a Russian mob boss.

How can local community boards and BP Eric Adams deal with an investment group that has really no track record only that of a partner who was a front for the Russian mobs and acted as a beard for known criminals? People in NYC and in particular, Brooklyn, should be cautious in dealing with Jody Kriss whose funding is suspect and whose past is both litigious and mob connected.



Is Eric Adams in physical danger?

###

**Share this:**   Facebook   Twitter 7   LinkedIn   Email   Print

**Tags:** Brooklyn, Brooklyn Borough President, developers, East River Partners, Eric Adams, Jody Kriss, The Bayrock Group

**Permanent link to this article:** http://queens-politics.com/2014/03/brooklyn-look-out-mega-developer-with-mob-ties-targets-eric-adams/

