# jodykrissthief.com : Jody Kr East River Partners (http://www.jodykrissthief.c

Home

MARCH 19, 2014

## WTHR NBC 13 : Lawsuit Filed Against Jody Kriss, Former Bayrock Executive & Founder of East River Partners (http://www.jodykrissthief.com/2014/03/19/wthr-nbc-13-lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners/)

This press release is spreading far and wide. Soon everyone will know Jody Kriss is being sued for being a crooked man. NEW YORK, March 18, 2014 /PRNewswire/ — A lawsuit filed Monday in New York Supreme Court by Salvatore Lauria, represented by Beys Stein Mobargha & Berland LLP, alleges that Jody Kriss, a Wharton graduate, along with his father, Ron…

Read More (http://www.jodykrissthief.com/2014/03/19/wthr-nbc-13-lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners/)

#Bayrock Group (http://www.jodykrissthief.com/category/bayrock-group/)   #Jody Kriss (http://www.jodykrissthief.com/category/jody-kriss/)   #Mob (http://www.jodykrissthief.com/category/mob/)

No comments (http://www.jodykrissthief.com/2014/03/19/wthr-nbc-13-lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners/#respond)

Raj Ashok (http://www.jodykrissthief.com/author/admin_raj/)

MARCH 19, 2014

## 100.7 Jack FM : Lawsuit Filed Against Jody Kriss, Former Bayrock Executive & Founder of East River Partners (http://www.jodykrissthief.com/2014/03/19/100-7-jack-fm-lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners/)

San Diego's 100.7 Jack FM got wind of press release about Jody Kriss being sued. NEW YORK, March 18, 2014 /PRNewswire/ — A lawsuit filed Monday in New York Supreme Court by Salvatore Lauria, represented by Beys Stein Mobargha & Berland LLP, alleges that Jody Kriss, a Wharton graduate, along with his father, Ron Kriss, a managing partner at Stroock…

Read More (http://www.jodykrissthief.com/2014/03/19/100-7-jack-fm-lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners/)

#Bayrock Group (http://www.jodykrissthief.com/category/bayrock-group/)   #East River Partners (http://www.jodykrissthief.com/category/east-river-partners/)   #Jody Kriss (http://www.jodykrissthief.com/category/jody-kriss/)   #Mafia (http://www.jodykrissthief.com/category/mafia/)

No comments (http://www.jodykrissthief.com/2014/03/19/100-7-jack-fm-lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners/#respond)

Raj Ashok (http://www.jodykrissthief.com/author/admin_raj/)

MARCH 19, 2014

# Hollywood Goodfella : Mob rat says Ivy League business partner tried to whack him (http://www.jodykrissthief.com/2014/03/19/hollywood-goodfella-mob-rat-says-ivy-league-business-partner-tried-to-whack-him/)

Mafia fanboy website, Hollywood Goodfella, linked to the New York Post story about Jody Kriss being sued. A mobbed up broker who flipped-to-the- feds has launched a lawsuit claiming his ex-Ivy League educated business partner became a wiseguy wannabe who wanted to whack him for allegedly cheating him on a land deal By Julia Marsh A Mafia-associate-turned-informant is deathly…

Read More (http://www.jodykrissthief.com/2014/03/19/hollywood-goodfella-mob-rat-says-ivy-league-business-partner-tried-to-whack-him/)

#Bayrock Group (http://www.jodykrissthief.com/category/bayrock-group/)   #East River Partners (http://www.jodykrissthief.com/category/east-river-partners/)   #Jody Kriss (http://www.jodykrissthief.com/category/jody-kriss/)   #Mafia (http://www.jodykrissthief.com/category/mafia/)   #Mob (http://www.jodykrissthief.com/category/mob/)

No comments (http://www.jodykrissthief.com/2014/03/19/hollywood-goodfella-mob-rat-says-ivy-league-business-partner-tried-to-whack-him/#respond)

Raj Ashok (http://www.jodykrissthief.com/author/admin_raj/)

MARCH 18, 2014

# Gambling 911 : Jody Kriss & Ron Kriss & Stroock Sue The Entire Western Hemisphere (http://www.jodykrissthief.com/2014/03/18/gambling-911-jody-kriss-ron-kriss-stroock-sue-the-entire-western-hemisphere/)

Gambling 911 seems to really enjoy presenting Jody Kriss in the worst light. We here at JKT fully support that effort. In the saga which continues surrounding the former partners of Donald Trump, the leading law journal, Law360 ran a feature story which is the stuff that one usually sees only in big Hollywood movies. Read…

Read More (http://www.jodykrissthief.com/2014/03/18/gambling-911-jody-kriss-ron-kriss-stroock-sue-the-entire-western-hemisphere/)

#Bayrock Group (http://www.jodykrissthief.com/category/bayrock-group/)   #East River Partners (http://www.jodykrissthief.com/category/east-river-partners/)   #Jody Kriss (http://www.jodykrissthief.com/category/jody-kriss/)

No comments (http://www.jodykrissthief.com/2014/03/18/gambling-911-jody-kriss-ron-kriss-stroock-sue-the-entire-western-hemisphere/#respond)

Raj Ashok (http://www.jodykrissthief.com/author/admin_raj/)

MARCH 15, 2014



# Jody Kriss & The Russian Mafia… (http://www.jodykrissthief.com/2014/03/15/jody-kriss-the-russian-mafia/)

Looks like the fallout from Jody Kriss's bad dealings might be coming to an end for at least one person. While a Florida jury on Wednesday found Donald Trump "not guilty of deceiving buyers" in the gorgeous and beautiful The Trump International Hotel & Tower, it is quite interesting to note what wasn't revealed in…

Read More (http://www.jodykrissthief.com/2014/03/15/jody-kriss-the-russian-mafia/)

#Bayrock Group (http://www.jodykrissthief.com/category/bayrock-group/)    #Jody Kriss (http://www.jodykrissthief.com/category/jody-kriss/)

No comments (http://www.jodykrissthief.com/2014/03/15/jody-kriss-the-russian-mafia/#respond)    Raj Ashok (http://www.jodykrissthief.com/author/admin_raj/)



# Welcome to Jody Kriss Thief

## Search

Search …

## Archives

March 2014 (http://www.jodykrissthief.com/2014/03/)

## Meta

Log in (http://www.jodykrissthief.com/wp-login.php)

Proudly powered by WordPress (http://wordpress.org/)