http://www.prnewswire.com/news-releases/federal-judge-dismisses-lawsuit-filed-by-agents-of-jody-kriss-251449031.html

http://www.bizjournals.com/albany/prnewswire/press_releases/New_York/2014/03/21/NY88346

http://www.news.nom.co/federal-judge-dismisses-lawsuit-filed-by-8433573-news/

http://www.digitaljournal.com/pr/1804905

http://www.reuters.com/article/2014/03/21/ny-judge-dismisses-idUSnPnqbRSl+46+PRN20140321

http://finance.yahoo.com/news/federal-judge-dismisses-lawsuit-filed-163500537.html

http://www.katv.com/story/25039343/federal-judge-dismisses-lawsuit-filed-by-agents-of-jody-kriss

http://www.newschannel10.com/story/25039343/federal-judge-dismisses-lawsuit-filed-by-agents-of-jody-kriss

http://www.newschannel6now.com/story/25039343/federal-judge-dismisses-lawsuit-filed-by-agents-of-jody-kriss

http://www.abc3340.com/story/25039343/federal-judge-dismisses-lawsuit-filed-by-agents-of-jody-kriss

http://www.kctv5.com/story/25039343/federal-judge-dismisses-lawsuit-filed-by-agents-of-jody-kriss

http://www.nbc4i.com/story/25039343/federal-judge-dismisses-lawsuit-filed-by-agents-of-jody-kriss

http://www.court.us/idar30365326/federal_judge_dismisses_lawsuit_filed_by_agents_of_jody_kriss.htm

http://article.wn.com/view/2014/03/21/Federal_Judge_Dismisses_Lawsuit_Filed_By_Agents_of_Jody_Kris/

http://www.gambling911.com/gambling-news/jody-kriss-compared-

%E2%80%98godfather%E2%80%99-film-consigliore-court-filings-031814.html

http://www.virtual-strategy.com/2014/03/19/jody-kriss-east-river-partners-sued-alleged-%E2%80%9Cbillion-dollar-shakedown%E2%80%9D

http://www.thestreet.com/story/12533897/1/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners.html

http://www.gambling911.com/gambling-news/jody-kriss-ron-kriss-stroock-sue-entire-western-hemisphere-031714.html

http://www.gambling911.com/gambling-news/jody-kriss-ron-kriss-russian-mafia-%E2%80%93-major-lawsuit-filed-today-031714.html

http://www.prweb.com/releases/2014/03/prweb11686402.htm

http://www.bizwireexpress.com/showstoryPRWeb.php?storyid=173787

http://therealdeal.com/miami/blog/2014/03/19/ex-bayrock-exec-accused-of-mob-tactics-in-lawsuit/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+trdnews_miami+%28The+Real+Deal+South+Florida+-+Latest+News%29

http://www.digitaljournal.com/pr/1800736

http://www.streetinsider.com/Press+Releases/Jody+Kriss+of+East+River+Partners+Sued+for+Alleged+%26quot%3BBillion-dollar+Shakedown%26quot%3B/9299460.html

http://www.courthousenews.com/2014/03/20/66312.htm

http://www.newyorklawjournal.com/all-decisions/id=1202647470500/Onetime%20Informant%20Accuses%20ExBusiness%20Partner%20of%20Extortion?mcode=1202614928735&curindex=2&slreturn=20140218194347

http://finance.yahoo.com/news/lawsuit-filed-against-jody-kriss-162300976.html

http://www.dailybusinessreview.com/id=1202647361314/Stroocks%20Miami%20Managing%20Partner%20Caught%20Up%20In%20New%20York%20Suit?slreturn=20140218141307

http://www.9and10news.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.marketwatch.com/story/new-zumba-launch-draws-inspiration-from-its-diverse-community-of-instructor-stars-to-create-the-new-zumba-wear-universe-apparel-accessories-collection-2013-03-18?reflink=MW_news_stmp

http://www.bizjournals.com/buffalo/prnewswire/press_releases/New_York/2014/03/18/NY85434

http://www.bizjournals.com/albany/prnewswire/press_releases/

http://af11.wordpress.com/2014/03/17/mob-rat-says-ivy-league-business-partner-tried-to-whack-him/

http://www.foxcarolina.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.sandiegojack.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.wfmj.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.cbsatlanta.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.wthr.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.fox5vegas.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.wspa.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://article.wn.com/view/2014/03/18/Lawsuit_Filed_Against_Jody_Kriss_Former_Bayrock_Executive_Fo/

http://www.news.nom.co/lawsuit-filed-against-jody-kriss-former-8394417-news/

http://www.wfla.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.hawaiinewsnow.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.cbs19.tv/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.kswt.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://investing.businessweek.com/research/markets/news/article.asp?docKey=600-201403181223PR_NEWS_USPRX____NY85434-1

http://www.wnct.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.wset.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.news9.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.ktvn.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.abc6.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://nypost.com/2014/03/16/mob-rat-says-business-partner-tried-to-nail-him-over-2-5m-suit/

http://therealdeal.com/blog/2014/03/17/ex-bayrock-exec-accused-of-mob-tactics-in-5m-lawsuit/

http://commercialobserver.com/2014/03/former-bayrock-consultant-files-5m-suit-over-development-deal/

http://www.gambling911.com/gambling-news/jody-kriss-ron-kriss-russian-mafia-%E2%80%93-major-lawsuit-filed-today-031714.html#comment-20928

http://www.law360.com/articles/519021/ex-mobster-accuses-stroock-atty-s-son-of-shakedown-scheme

http://www.newyorklawjournal.com/all-decisions/id=1202647470500/Onetime%20Informant%20Accuses%20ExBusiness%20Partner%20of%20Extortion?mcode=1202614928735&curindex=3&slreturn=20140220193823

NYCLA - New York County Lawyers' Association
http://nycla.org/index.cfm?section=News_AND_Publications&page=PR_Newswire&doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
One News Page Global Edition
http://www.onenewspage.com/prnewswire.php?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
One News Page Unites States Edition
http://www.onenewspage.us/prnewswire.php?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Living by the Seasons

http://livingbyseasons.blogspot.com/p/living-by-seasons-news-updates.html?
doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Missouri Solar Energy Industries Association [MOSEIA]
http://adminmoseia.hypermart.net/index.php?page=pr-
newswire&doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
MrBayStreet.com
http://mrbaystreet.com/index.php/2012-06-01-23-32-30/business-releases?
doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
NorthStar News
http://northstarnews.com/news/prnewswire.php?
doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
WLBT NBC-3 (Jackson, MS)
http://www.msnewsnow.com/story/25006319/lawsuit-filed-against-jody-kriss-
former-bayrock-executive-founder-of-east-river-partners
WLAX-TV FOX-25/48 (LaCrosse, WI)
http://www.fox2548.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WLNS CBS-6 (Lansing, MI)
http://www.wlns.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WLNE-TV ABC-6 (Providence, RI)
http://ww.abc6.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WLTZ-TV CW-38 (Columbus, GA)
http://www.cw-gabama.com/story/25006319/lawsuit-filed-against-jody-kriss-
former-bayrock-executive-founder-of-east-river-partners
WLOX ABC-13 (Biloxi, MS)
http://www.wlox.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WMBB-TV ABC-13 (Panama City, FL)
http://www.wmbb.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WLTZ-TV NBC-38 (Columbus, GA)
http://www.wltz.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WMC NBC-5 (Memphis, TN)
http://www.wmctv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WMDT-TV ABC-47 /CW-3 (Salisbury, MD)
http://www.wmdt.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
IT Expo Forum

http://itforumexpo.com.br/pagina.php?
cod=211&doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Legal Information By Women For Women
http://www.ladiesandthelaw.com/more-legal-news-2/?
doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
WRAL-TV CBS-5 (Raleigh, NC)
http://markets.financialcontent.com/wral/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
La Mega 97.9 FM
http://lamega.com/hprwire.php?
Dir=11&doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Street Insider
http://markets.financialcontent.com/streetinsider?
Page=MEDIAVIEWER&GUID=26715021
Syracuse.com (Advance Internet)
http://www.syracuse.com/business/prnewswire/index.ssf?/ny1/story/?
catSetID=7002&catID=290092&nrid=250805581&page=1
Sun Herald (Biloxi, MS)
http://markets.financialcontent.com/mi.sunherald/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
WFMZ
http://www.wfmz.com/prnewswire2?
doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Telegraph-Macon (Macon, GA)
http://markets.financialcontent.com/mi.macon/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
Yahoo! Finance
http://finance.yahoo.com/news/lawsuit-filed-against-jody-kriss-162300976.html
Tampa Bay Business Journal
http://www.bizjournals.com/tampabay/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
The Daily Herald
http://markets.financialcontent.com/heraldnet/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
Socialmulti
http://www.socialmulti.com/news.html?
doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Wealth and Asset Management Jobs
http://wealthandassetmanagementjobs.com/pr_news&industries=FIN?
doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
The Bellingham Herald
http://markets.financialcontent.com/mi.bellinghamherald/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss

The Sun News (Myrtle Beach, SC)
http://markets.financialcontent.com/mi.myrtlebeach/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
WFMJ-TV NBC-21 (Youngstown, OH)
http://www.wfmj.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WFLX FOX-29 (West Palm Beach, FL)
http://www.wflx.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
The State (Columbia, SC)
http://markets.financialcontent.com/mi.thestate/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
WFIE NBC-14 (Evansville, IN)
http://www.14news.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
Ticker Technologies
http://www.tickertech.com/cgi/?
a=news&ticker=a&w=&story=201403201403181223PR_NEWS_USPR_____NY
85434
WHBF CBS-4 (Rock Island, IL)
http://www.whbf.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WGFL-TV CBS-4 (Gainesville, FL)
http://www.mygtn.tv/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WFXR-TV FOX-21/27 (Roanoke, VA)
http://www.fox2127.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WFXG-TV FOX-54 (Augusta, GA)
http://www.wfxg.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WKRN ABC-2 (Nashville, TN)
http://www.wkrn.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WICU-TV NBC-12  (Erie, PA)
http://www.erietvnews.com/story/25006319/lawsuit-filed-against-jody-kriss-
former-bayrock-executive-founder-of-east-river-partners
WISTV NBC-10 (Columbia, SC)
http://www.wistv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
Globe Advisor
https://secure.globeadvisor.com/servlet/ArticleNews/story/PRNEWS/20140318/
NY85434

InvestorPoint.com
http://www.investorpoint.com/news/MARKCOMM/66489715/
KING-TV NBC-5 (Seattle, WA)
http://www.mediawebsite.net/king5/story/?
catSetID=&catID=&nrid=250805581&page=1
Las Vegas Business Press
http://www.mediawebsite.net/lvbp/story/?
catSetID=&catID=&nrid=250805581&page=1
PR Newswire
http://www.prnewswire.com/news-releases/lawsuit-filed-against-jody-kriss-
former-bayrock-executive--founder-of-east-river-partners-250805581.html
Outcome Magazine
http://www.omglobe.com/newswire/?
doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Oriental Daily
http://www.orientaldaily.com.my/index.php?
option=com_content&view=article&id=15&Itemid=362%2520&doc=20140318122
3PR_NEWS_USPR_____NY85434&dir=0
OneSource
http://www.onesource.com/corporate/pr-newswire/?
doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Amiweb
http://amiwebpartners.com/industry-news/?
doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
AssignmentEditor.com
http://assignmenteditor.com/pr-newswire-3/?
doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Biz Daily (Singapore)
http://bizdaily.com.sg/prnewswire/?
doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
WBTV CBS-3 (Charlotte, NC)
http://www.wbtv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WBRC-TV FOX-6 MyFox Birmingham (Birmingham, AL)
http://www.myfoxal.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WCIV-TV ABC-4 (Charleston, SC)
http://www.abcnews4.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WCAX CBS-3 (Burlington, VT)
http://www.wcax.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WBOC CBS-16 (Salisbury, MD)

http://www.wboc.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

WBMA-TV ABC-33 / ABC-40 (Birmingham, AL)

http://www.abc3340.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

WCSC CBS-5 (Charleston, SC)

http://www.live5news.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

WDAM NBC-7 (Hattiesburg-Laurel, MS)

http://www.wdam.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

WDRB FOX-41 (Louisville, KY)

http://www.wdrb.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

WECT NBC-6 (Wilmington, NC)

http://www.wect.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

Design 4 Law - Articles About Design And Law

http://www.design4law.com/?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0

eMoneyDaily

http://www.emoneydaily.com/pr/?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0

Chicago Commuter

http://chicagocommuter.com/pr-news.asp?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0

Clout Media

http://www.cloutmedia.biz/prnewswire-html/?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0

Worth

http://markets.financialcontent.com/worth/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss

Global Newsweek

http://globalnewsweek.com/prnewswire/index.html?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0

WorldNetDaily

http://markets.wnd.com/worldnetdaily?Page=MEDIAVIEWER&GUID=26715021

GYL: Licensing and Certification Resource Directory

http://www.gyl.com/prnewswire.html?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0

Wichita Eagle (Wichita, KS)

http://markets.financialcontent.com/mi.kansas/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss

FRANCOPRESSE.ca
http://www.francopresse.ca/index.cfm?
Repertoire_No=1151936421&Voir=menu&M=4187&doc=201403181223PR_NE
WS_USPR_____NY85434&dir=0
Wichita Business Journal
http://www.bizjournals.com/wichita/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
Frontgate Capital Resources
http://frontgatecapitalresources.com/prnewswire/?
doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Whittier Daily News (Whittier, CA)
http://markets.financialcontent.com/mng-lang.whittier/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
WAFB CBS-9 (Baton Rouge, LA)
http://www.wafb.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
The Herald
http://www.heraldonline.com/2014/03/18/5781524/lawsuit-filed-against-jody-
kriss.html
Reuters
http://www.reuters.com/article/2014/03/18/ny-beys-stein-lawsuit-idUSnPn75l75n
+80+PRN20140318
NebraskaTV (Kearney, NE)
http://www.nebraska.tv/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
KYTX CBS-19 (Tyler, TX)
http://www.cbs19.tv/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WBCB-TV CW-21 (Youngstown, OH)
http://www.wbcb.tv/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WAND-TV NBC-17 (Decatur, IL)
http://www.wandtv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WBAY ABC-2 (Green Bay, WI)
http://www.wbay.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WAFF NBC-48 (Huntsville, AL)
http://www.waff.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WALB NBC-10 (Albany, GA)
http://www.walb.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners

Wall Street Select
http://investor.wallstreetselect.com/wss?Page=MEDIAVIEWER&GUID=26715021
Washington Business Journal
http://www.bizjournals.com/washington/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
Tribune (San Luis Obispo, CA)
http://markets.financialcontent.com/mi.sanluisobispo/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
Value Investing News
http://markets.financialcontent.com/fatpitch.valueinvestingnews?
Page=MEDIAVIEWER&GUID=26715021
California Chronicle
http://www.californiachronicle.com/prnewswire/default.html?
doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Biz Wire Express
http://www.bizwireexpress.com/showstoryPRN.php?
doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Triangle Business Journal
http://www.bizjournals.com/triangle/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
KTUL-TV ABC-8 (Tulsa, OK)
http://www.ktul.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
KTVG-TV FOX-17 / KSNB-TV FOX-4 (Kearney, NE)
http://www.foxnebraska.com/story/25006319/lawsuit-filed-against-jody-kriss-
former-bayrock-executive-founder-of-east-river-partners
KTVN-TV CBS-2 (Reno, NV)
http://www.ktvn.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
KUAM-TV NBC-8 / CBS-11 (Hagatna, Guam)
http://www.kuam.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
KWQC NBC-6 (Davenport, IA)
http://www.kwqc.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
KWES-TV NBC-9 (Midland, TX)
http://www.newswest9.com/story/25006319/lawsuit-filed-against-jody-kriss-
former-bayrock-executive-founder-of-east-river-partners
KXJB-TV CBS-4 / KVLY-TV NBC-11 (Fargo, ND)
http://www.valleynewslive.com/story/25006319/lawsuit-filed-against-jody-kriss-
former-bayrock-executive-founder-of-east-river-partners
KWTV-TV CBS-9 (Oklahoma City, OK)

http://www.news9.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

KXXV-TV ABC-25 (Waco, TX)

http://www.kxxv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

KXVO-TV CW-15 (Omaha, NE)

http://www.cw15kxvo.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

KQCW CW-12/19 (Tulsa, OK)

http://www.tulsacw.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

KRHD-TV ABC-40 (Bryan-College Station, TX)

http://www.abc40.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

KPTM-TV FOX-42 (Omaha, NE)

http://www.kptm.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

KSWO-TV ABC-7 (Lawton, OK)

http://www.kswo.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

KSTC-TV IND-45 (Saint Paul, MN)

http://lifestyle.kstc45.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

KSLA CBS-12 (Shreveport, LA)

http://www.ksla.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

KSFY-TV ABC-13 (Sioux Falls, SD)

http://www.ksfy.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

KTRE ABC-9 (Lufkin, TX)

http://www.ktre.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

KTEN NBC-10 (Denison, TX)

http://www.kten.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

KSWT-TV CBS-13 (Yuma, AZ)

http://www.kswt.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

KLKN ABC-8 (Lincoln, NE)

http://www.klkntv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

KLTV ABC-7 (Tyler, TX)

http://www.kltv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KOTA ABC-3 (Rapid City, SD)
http://www.kotatv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KOLD CBS-13 (Tucson, AZ)
http://www.tucsonnewsnow.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KPLC NBC-7 (Lake Charles-Lafayette, LA)
http://www.kplctv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KOTV-TV CBS-6 (Tulsa, OK)
http://www.newson6.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KMPH-TV FOX-26 (Fresno, CA)
http://www.kmph.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KMEG-TV CBS-14 (Sioux City, IA)
http://www.siouxlandnews.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KOAM-TV CBS-7 (Pittsburg, KS)
http://www.koamtv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KNOE-TV CBS-8 (Monroe, LA)
http://www.knoe.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KFJX-TV FOX-14 (Pittsburg, KS)
http://www.fox14tv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KLJB-TV FOX-18 (Davenport, IA)
http://www.kljb.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KHQ-TV NBC-6 (Spokane, WA)
http://www.khq.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
Atlanta Business Chronicle
http://www.bizjournals.com/atlanta/prnewswire/press_releases/Georgia/2014/03/18/NY85434?ana=prnews
KHNL-TV NBC-8 (Honolulu, HI)
http://www.hawaiinewsnow.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
Anchorage Daily News

http://markets.financialcontent.com/mi.adn/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
KFVS CBS-12 (Cape Girardeau, MO)
http://www.kfvs12.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
KFVE MyNetworkTV-5 (Honolulu, HI)
http://www.k5thehometeam.com/story/25006319/lawsuit-filed-against-jody-kriss-
former-bayrock-executive-founder-of-east-river-partners
Worcester Telegram & Gazette
http://www.mediawebsite.net/wortel/story/?
catSetID=&catID=&nrid=250805581&page=1
KFRE-TV CW-59 (Fresno, CA)
http://www.kmph-kfre.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
KFMB-TV CBS-8 (San Diego, CA)
http://www.cbs8.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
KFMB 760-AM (San Diego, CA)
http://www.760kfmb.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
KFMB 100.7 Jack-FM (San Diego, CA)
http://www.sandiegojack.com/story/25006319/lawsuit-filed-against-jody-kriss-
former-bayrock-executive-founder-of-east-river-partners
KAUZ-TV CBS-6 (Wichita Falls, TX)
http://www.newschannel6now.com/story/25006319/lawsuit-filed-against-jody-
kriss-former-bayrock-executive-founder-of-east-river-partners
KAZT IND-7 (Phoenix/Prescott, AZ)
http://www.aztv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
KALB-TV CBS-2 / NBC-5 (Alexandria, LA)
http://www.kalb.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
KATV-TV ABC-7 (Little Rock, AR)
http://www.katv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
Business First of Columbus
http://www.bizjournals.com/columbus/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
KCBD NBC-11 (Lubbock, TX)
http://www.kcbd.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
KCEN-TV NBC-9 (Temple, TX)

http://www.kcentv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

WXTX-TV FOX-54 (Columbus, GA)

http://www.wxtx.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

KBMT-TV ABC-12 (Beaumont, TX)

http://www.12newsnow.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

Buffalo News (Buffalo, NY)

http://markets.financialcontent.com/buffnews/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss

WZDX-TV FOX-54 (Huntsville, AL)

http://www.fox54.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

KCAU ABC-9 (Sioux City, IA)

http://www.kcautv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

Business First of Buffalo

http://www.bizjournals.com/buffalo/prnewswire/press_releases/Georgia/2014/03/18/NY85434?ana=prnews

WWBT NBC-12 (Richmond, VA)

http://www.nbc12.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

WXIX FOX-19 (Cincinnati, OH)

http://www.fox19.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

KDUH-TV ABC-3 (Scottsbluff, NE)

http://www.kotanow.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

WTVM ABC-9 (Columbus, GA)

http://www.wtvm.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

WUPV-TV CW-65 (Ashland, VA)

http://www.cwrichmond.tv/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

KFDA CBS-10 (Amarillo, TX)

http://www.newschannel10.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

WTOL CBS-11 (Toledo, OH)

http://www.toledonewsnow.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

WTVG-TV ABC-13 (Toledo, OH)

http://www.13abc.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WTOC CBS-11 (Savannah, GA)
http://www.wtoc.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
Boston Business Journal
http://www.bizjournals.com/boston/prnewswire/press_releases/Georgia/2014/03/18/NY85434?ana=prnews
Bizjournals.com, Inc.
http://www.bizjournals.com/prnewswire/press_releases/2014/03/18/NY85434
Birmingham Business Journal
http://www.bizjournals.com/birmingham/prnewswire/press_releases/Georgia/2014/03/18/NY85434?ana=prnews
Beyond The Dow
http://markets.financialcontent.com/beyondthedow/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss
Belleville News-Democrat
http://markets.financialcontent.com/mi.belleville/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss
Baltimore Business Journal
http://www.bizjournals.com/baltimore/prnewswire/press_releases/Georgia/2014/03/18/NY85434?ana=prnews
Austin Business Journal
http://www.bizjournals.com/austin/prnewswire/press_releases/Georgia/2014/03/18/NY85434?ana=prnews
Digital Journal
http://www.digitaljournal.com/pr/1797326
BusinessWeek
http://investing.businessweek.com/research/markets/news/article.asp?docKey=600-201403181223PR_NEWS_USPRX____NY85434-1
NorthWest Cable News (Seattle, WA)
http://www.mediawebsite.net/nwcn/story/?catSetID=&catID=&nrid=250805581&page=1
Cincinnati Business Courier
http://www.bizjournals.com/cincinnati/prnewswire/press_releases/Georgia/2014/03/18/NY85434?ana=prnews
myMotherLode.com
http://money.mymotherlode.com/clarkebroadcasting.mymotherlode/news/read/26715021/lawsuit_filed_against_jody_kriss
Cincinnati Enquirer
http://finance.cincinnati.com/gannett.theenquirer/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss
Las Vegas Review-Journal

http://www.mediawebsite.net/lvrj/story/?
catSetID=&catID=&nrid=250805581&page=1
FinancialContent - PR Newswire
http://markets.financialcontent.com/prnews.pressrelease/news/read?
GUID=26715021
Stocklink
http://www.stocklink.no/PrNewsWireItem.aspx?id=1076671&title=Lawsuit+Filed
+Against+Jody+Kriss%2c+Former+Bayrock+Executive+%26+Founder+of+East
+River+Partners
SILive: Everything Staten Island
http://www.silive.com/prnewswire/index.ssf?/silive/story/?
catSetID=7002&catID=290092&nrid=250805581&page=1
ProfitQuotes
http://www.profitquotes.com/cgi/?
a=news&ticker=a&w=&story=201403201403181223PR_NEWS_USPR_____NY
85434
Press-Enterprise
http://markets.pe.com/pe/news/read/26715021/lawsuit_filed_against_jody_kriss
VB Profiles
http://www.vbprofiles.com/press_releases/5328811800f8c60453001144
Spoke
http://www.spoke.com/press_releases/53287d59f0ffc90453002a74
Carlsbad Current-Argus (Carlsbad, NM)
http://markets.financialcontent.com/mng-elpaso.currentargus/news/read/
26715021/Lawsuit_Filed_Against_Jody_Kriss
Business Review (Albany)
http://www.bizjournals.com/albany/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
Chicago Business News
http://www.bizjournals.com/chicago/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
Charlotte Business Journal
http://www.bizjournals.com/charlotte/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
Business Journal of Greater Milwaukee
http://www.bizjournals.com/milwaukee/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
Business First of Louisville
http://www.bizjournals.com/louisville/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
Business Journal of the Greater Triad Area
http://www.bizjournals.com/triad/prnewswire/press_releases/Georgia/2014/03/18/
NY85434?ana=prnews

Business Journal of Phoenix
http://www.bizjournals.com/phoenix/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
Fort Worth Star-Telegram (Fort Worth, TX)
http://markets.financialcontent.com/mi.startelegram/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
Boston Globe
http://finance.boston.com/boston/news/read/26715021/
lawsuit_filed_against_jody_kriss
Austin American-Statesman (Austin, TX)
http://www.mediawebsite.net/ausas/story/?
catSetID=&catID=&nrid=250805581&page=1
Columbus Ledger-Enquirer (Columbus, GA)
http://markets.financialcontent.com/mi.ledgerenquirer/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
AlipesNews
https://www.alipesnews.com/Public/ArchiveStory.aspx?
id=4484750039884824&languageId=4000
Dayton Business Journal
http://www.bizjournals.com/dayton/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
Daily Herald
http://finance.dailyherald.com/dailyherald/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
Daily Breeze (Torrance, CA)
http://markets.financialcontent.com/mng-lang.dailybreeze/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
Contra Costa Times
http://markets.financialcontent.com/mng-ba.contracostatimes/news/read/
26715021/Lawsuit_Filed_Against_Jody_Kriss
Fayetteville Observer
http://markets.financialcontent.com/fayobserver/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
Farmington Daily Times (Farmington, NM)
http://markets.financialcontent.com/mng-elpaso.dailytimes/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
Denver Business Journal
http://www.bizjournals.com/denver/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
Dealbreaker
http://markets.dealbreaker.com/breakingmedia.dealbreaker/news/read/
26715021/Lawsuit_Filed_Against_Jody_Kriss
Inland Valley Daily Bulletin (Ontario, CA)

http://markets.financialcontent.com/mng-lang.dailybulletin/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
Houston Business Journal
http://www.bizjournals.com/houston/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
Island Packet (Bluffton, SC)
http://markets.financialcontent.com/mi.islandpacket/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
Inside Bay Area
http://markets.financialcontent.com/mng-ba.iba/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
Kansas City Business Journal
http://www.bizjournals.com/kansascity/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
Jacksonville Business Journal
http://www.bizjournals.com/jacksonville/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
KVOR 740-AM (Colorado Springs, CO)
http://markets.financialcontent.com/citcomm.kvoram?
Page=MEDIAVIEWER&GUID=26715021
Kansas City Star
http://markets.financialcontent.com/mi.kansascity/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
Lexington Herald-Leader (Lexington, KY)
http://markets.financialcontent.com/mi.kentucky/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
Las Cruces Sun-News
http://markets.financialcontent.com/mng-elpaso.lcsunnews/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
WTNZ FOX-43 (Knoxville, TN)
http://www.wtnzfox43.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
Money Show
http://stocks.moneyshow.com/intershow.moneyshow/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
FinanzNachrichten.de (ABC New Media AG)
http://www.finanznachrichten.de/nachrichten-2014-03/29725215-lawsuit-filed-
against-jody-kriss-former-bayrock-executive-founder-of-east-river-
partners-008.htm
Memphis Business Journal
http://www.bizjournals.com/memphis/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
FinWin

http://www.finwin.com/demo/index.cfm?
tab=News&story_id=16916509&distributor=DTN,RTT,PRN,BW&showLatest=fals
e
KAIT ABC-8 (Jonesboro, AR)
http://www.kait8.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
Minneapolis / St. Paul Business Journal
http://www.bizjournals.com/twincities/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
Marketplace from American Public Media
http://thenumbers.marketplace.org/publicradio?
Page=MEDIAVIEWER&GUID=26715021
Maxim Group
http://markets.financialcontent.com/maximgrp?
Page=MEDIAVIEWER&GUID=26715021
Market Intelligence Center
http://markets.financialcontent.com/marketintelligence?
Page=MEDIAVIEWER&GUID=26715021
WOI ABC-5 (West Des Moines, IA)
http://www.myabc5.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
Market Pulse
http://markets.financialcontent.com/marketpulse/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
WOIO CBS-19 (Cleveland, OH)
http://www.19actionnews.com/story/25006319/lawsuit-filed-against-jody-kriss-
former-bayrock-executive-founder-of-east-river-partners
Los Angeles Business from bizjournals
http://www.bizjournals.com/losangeles/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
Los Angeles Daily News (Woodland Hills, CA)
http://markets.financialcontent.com/mng-lang.dailynews/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
WOWK-TV CBS 13 (Huntington, WV)
http://www.wowktv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WRCB-TV NBC-3 (Chattanooga, TN)
http://www.wrcbtv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WRIC ABC-8 (Richmond, VA)
http://www.wric.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
Long Beach Press-Telegram (Long Beach, CA)

http://markets.financialcontent.com/mng-lang.presstelegram/news/read/
26715021/Lawsuit_Filed_Against_Jody_Kriss
WSET-TV ABC-13 (Lynchburg, VA)
http://www.wset.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WSFA NBC-12 (Montgomery, AL)
http://www.wsfa.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WSFX-TV FOX-26 (Wilmington, NC)
http://www.wsfx.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
WTEN ABC-10 (Albany, NY)
http://www.news10.com/story/25006319/lawsuit-filed-against-jody-kriss-former-
bayrock-executive-founder-of-east-river-partners
Pacific Business News
http://www.bizjournals.com/pacific/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
Pasadena Star-News (Pasadena, CA)
http://markets.financialcontent.com/mng-lang.pasadena/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
News Tribune (Tacoma, WA)
http://markets.financialcontent.com/mi.newstribune/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
Oklahoman (Oklahoma City, OK)
http://markets.financialcontent.com/newsok/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
Olympian (Olympia, WA)
http://markets.financialcontent.com/mi.theolympian/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
Orlando Business Journal
http://www.bizjournals.com/orlando/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
Nashville Business Journal
http://www.bizjournals.com/nashville/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
New Mexico Business Weekly
http://www.bizjournals.com/albuquerque/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
New York Business Journal
http://www.bizjournals.com/newyork/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
News & Observer (Raleigh, NC)

http://markets.financialcontent.com/mi.newsob/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
Sacramento Business Journal
http://www.bizjournals.com/sacramento/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
San Antonio Business Journal
http://www.bizjournals.com/sanantonio/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
Rockford Register Star
http://markets.financialcontent.com/gatehouse.rrstar/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
Ruidoso News (Ruidoso, NM)
http://markets.financialcontent.com/mng-elpaso.ruidosonews/news/read/
26715021/Lawsuit_Filed_Against_Jody_Kriss
San Bernardino County Sun (San Bernardino, CA)
http://markets.financialcontent.com/mng-lang.sbsun/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
Philadelphia Business Journal
http://www.bizjournals.com/philadelphia/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
Puget Sound Business Journal
http://www.bizjournals.com/seattle/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
Redlands Daily Facts (Redlands, CA)
http://markets.financialcontent.com/mng-lang.redlandsdaily/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss
Pittsburgh Business Times
http://www.bizjournals.com/pittsburgh/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
Portland Business Journal
http://www.bizjournals.com/portland/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
The Sacramento Bee
http://www.sacbee.com/2014/03/18/6246901/lawsuit-filed-against-jody-kriss.html
South Florida Business Journal
http://www.bizjournals.com/southflorida/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
St. Louis Business Journal
http://www.bizjournals.com/stlouis/prnewswire/press_releases/Georgia/
2014/03/18/NY85434?ana=prnews
Star Tribune (Minneapolis, MN)
http://markets.financialcontent.com/startribune/news/read/26715021/
Lawsuit_Filed_Against_Jody_Kriss

StockNod
http://quotes.stocknod.com/stocknod?Page=MEDIAVIEWER&GUID=26715021
San Francisco Business Times
http://www.bizjournals.com/sanfrancisco/prnewswire/press_releases/Georgia/2014/03/18/NY85434?ana=prnews
SYS-CON Media
http://www.sys-con.com/node/3017708
San Gabriel Valley Tribune
http://markets.financialcontent.com/mng-lang.sgvtrib/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss
San Jose Business Journal
http://www.bizjournals.com/sanjose/prnewswire/press_releases/Georgia/2014/03/18/NY85434?ana=prnews
San Jose Mercury News
http://markets.financialcontent.com/mng-ba.mercurynews/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss
Santa Cruz Sentinel (Santa Cruz, CA)
http://markets.financialcontent.com/mng-ba.santacruzsentinel/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss
SiliconValley.com (Silicon Valley, CA)
http://markets.financialcontent.com/mng-ba.siliconvalley/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss