AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| J. Kriss, et al.,<br>*Plaintiff*<br>v.<br>Bayrock Group LLC, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 13 Civ. 3905 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Felix Sater

Date:   05/02/2014

*Attorney's signature*

Robert S. Wolf (9711)
*Printed name and bar number*

Moses & Singer, LLP
405 Lexington Avenue
New York, New York 10174

*Address*

rwolf@mosessinger.com
*E-mail address*

(212) 554-7825
*Telephone number*

(917) 206-4325
*FAX number*