```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

J. KRISS, et al.,                          :

               Plaintiffs,          :

   -against-                              :

BAYROCK GROUP LLC, et al.,                 :

               Defendants.          :

------------------------------------------------------------x

**MEMORANDUM
DECISION AND ORDER**

13 Civ. 3905 (LGS) (FM)

**FRANK MAAS,** United States Magistrate Judge.

        For the reasons set forth in my memorandum decision and order dated May 29, 2014, in <u>Kriss, et al. v. Bayrock Group LLC, et al.</u>, No. 10 Civ. 3959, the Clerk of the Court is directed to seal the Complaint in this action (ECF No. 51).

        SO ORDERED.

Dated:    New York, New York
             May 29, 2014

                                                    FRANK MAAS
                                       United States Magistrate Judge

Copies to all counsel via ECF