USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/06/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JODY KRISS, et al.,

         Plaintiff(s),

  -against-

BAYROCK GROUP LLC, et al.,

         Defendant(s),
-------------------------------------------------------------X

13  Civ. 3905  (LGS)

ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. Frank Maas United States Magistrate Judge, for the following purpose(s):

| | |
|---|---|
| ✔ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | _____ HABEAS CORPUS |
| _____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | _____ INQUEST AFTER DEFAULT / DAMAGES HEARING |
| _____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | _____ SOCIAL SECURITY |
| _____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | _____ SETTLEMENT |
| | _____ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial) |
| | _____ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF |
| _____ JURY SELECTION | |

SO ORDERED.

Dated: June 6, 2014
   New York, New York

                _____
                **LORNA G. SCHOFIELD**
                **UNITED STATES DISTRICT JUDGE**

* Do not check if already referred for General Pre-Trial