UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                                            :
JODY KRISS, et al.,                                         :
                                    Plaintiffs,             :
                                                            :    10 Civ. 03959 (LGS)
                 -against-                                  :
                                                            :
BAYROCK GROUP LLC, et al.,                                  :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
                                                            :
J. KRISS, et al.,                                           :
                                    Plaintiffs,             :
                                                            :    13 Civ. 03905 (LGS)
                 -against-                                  :
                                                            :
BAYROCK GROUP LLC, et al.,                                  :    ORDER
                                    Defendants.            :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiffs filed a motion for relief from Magistrate Judge Maas's orders in each of the above cases, on June 15, 2014, and June 16, 2014, respectively.

It is hereby **ORDERED** that no later than **June 23, 2014**, Defendants shall file a response to Plaintiffs' motion.

SO ORDERED.

Dated: June 16, 2014
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE