# MOSES & SINGER LLP

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

June 25, 2014

**VIA ECF**
The Honorable Lorna G. Schofield
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007-1312

      Re: *Kriss, et al., v. Bayrock Group, LLC et al.*, 13 CV 3905 (LGS)

Dear Judge Schofield:

      The Court's Order dated June 16, 2014 (ECF No. 79) did not authorize a reply from plaintiffs' counsel, who invert the normal order of procedure, and place an improper burden upon the Court, by announcing in their June 24th letter that they "will" file a reply "unless the court objects."

      We respectfully suggest that the Court either reiterate that no reply was called for or is authorized, or in the alternative simply refuse to consider any reply that may be unilaterally filed without authorization. Plaintiffs' abuse of the court system should be reined in rather than indulged (and in that regard, we note that plaintiffs' letter did not comply with the requirements set forth by the Court in ECF No. 49).

      We repeat for the record that our client is entitled to see a copy of the amended complaint in this action – indeed, defendant's inability to review the contents of the pleading purporting to sue him remains a gross deprivation of due process – and we await an order from either Your Honor or Magistrate Judge Maas addressing that important issue.

      Thank you.

Respectfully yours,

Robert S. Wolf



cc (by e-mail and ecf):        Frederick M. Oberlander, Esq.
                               Richard E. Lerner, Esq.
                               Nader Mobargha, Esq.