USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JODY KRISS, et al.,                                         :
                                    Plaintiffs,             :
                                                            :    13 Civ. 03905 (LGS)
                  -against-                                 :
                                                            :    ORDER
BAYROCK GROUP LLC, et al.,                                  :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, by Orders dated May 13 and May 22, 2014, this case ("*Kriss II*") was referred to Magistrate Judge Maas to resolve whether the Complaint should be filed under seal, and by Order dated June 6, 2014, the case was referred to Judge Maas for general pretrial supervision;

   WHEREAS, by Order dated May 29, 2014, Judge Maas sealed the Complaint in *Kriss II* pending the resolution of the issue of public filing of the FAC in the related case 10 Civ. 3959 ("*Kriss I*");

   WHEREAS, on June 15, 2015, Plaintiffs filed a "Motion For Relief From Certain Aspects Of Magistrate's Non-Dispositive Pre-Trial Orders" (the "Motion"), which sought, among other things, relief from Judge Maas' sealing of the Complaint in *Kris II*; it is hereby

   **ORDERED** that the Motion to unseal the Complaint in *Kriss II* is DENIED pending Judge Maas' order or recommendation on how the matter should proceed, consistent with this Court's adoption of the Report and Recommendation dated January 14, 2015, in *Kriss I*.

The Clerk of Court is directed to close the motion at Dkt. No. 77.

SO ORDERED.

Dated: March 23, 2015
       New York, New York

                                      **LORNA G. SCHOFIELD**
                                      **UNITED STATES DISTRICT JUDGE**