## LAW OFFICE OF FREDERICK M. OBERLANDER, P.C.

**FREDERICK M. OBERLANDER**  28 SYCAMORE LANE (PO BOX 1870)
ATTORNEY-AT-LAW  MONTAUK, NEW YORK 11954
 TELEPHONE 212.826.03
fred55@aol.com  FAX 212.202.7624

May 1, 2015

Hon. Frank Maas
U.S. District Judge, SDNY
New York, New York 10007                **Kriss v. Bayrock, 13-cv-3905**

Dear Judge Maas:

With respect to that order of your honor issued April 30, 2015, and with reservation of all rights to objection therefrom, counsel states, and insofar as there are factual averments below, states under penalty of perjury per 28 USC §1746 that such are true to the best of his knowledge, as follows:

I and co-counsel Richard E. Lerner represent the Estates of Ernest and Judit Gottdiener, the natural person Ervin Tausky, and the juridical entity Suan Investments. I have represented them without interruption since early 2013. The scope of my representation includes, without limitation, certain facets of litigation with respect to their claims arising from or related to the racketeering crimes of Felix Sater and Salvatore Lauria and the subsequent crimes arising from or related to their activities at and involving Bayrock juridical entities.

I brought this action pursuant to that authority. In the absence of evidentiary presentation of probable cause to believe otherwise, my authority to do so must be presumed. Nevertheless out of respect for your honor's office I have freely attested thereto.

Under normal circumstances I would now state the capacities, if any, in which my clients wish to continue this case. There are presumably only two that are possible, namely in their individual capacities or as class representatives, said class those persons similarly situated insofar as their claims arise from the same acts as underlay my clients claims and commonality dominates over individuality.

By the recent criminal obstruction of Mr. Sater and his counsel and the ethical misconduct of the latter (not, at least now insofar as we know, and at least as to this incident, counsel known previously to the court in connection with this matter), it is excusably, and per se so, impossible to answer the question with certainty, as set forth immediately next.

On or about Tuesday, April 28, 2015, in open and defiant misconduct, Mr. Sater retained Israeli counsel – counsel evidently subject to the jurisdiction and discipline of this court and this state – and caused them to violate the no-contact rule by contacting Mr. Tausky, a rabbi currently residing there, directly and personally to propose to him a settlement of this case and related matter 13-cv-1824 currently *sub judice* in the Second Circuit.

By itself that would be gravely serious and sanctionable misconduct, besides grounds for severe discipline. But it's the "terms" of the "settlement" proposal that should concern your honor most.

For, as seen by the true and correct copy of the letter Mr. Sater's counsel wrote to Rabbi Tausky, Exhibit A, and a verified translation thereof, Exhibit B, the "offer" is simply that, if Mr. Tausky causes all litigation to be dropped, Mr. Sater will kindly agree not to sue him for participating in a conspiracy to commit extortion and attempted murder.

This is the same slop with which Mr. Sater and any lawyer who will do it for him have been clogging courts for years. Everyone everywhere is out to kill him, not just members of the Mafia but also nonagenarian clerics living 7000 miles away and New York white collar criminal defense lawyers he says are all in on it and have all put out a hit on him to further a billion dollar extortion.

In the interest of brevity because more full detail will be forthcoming, based on the last word I have had from Rabbi Tausky and his other lawyers besides me who are involved before the onset of Sabbath, he and his advisors are considering his options while investigation of the full panoply of alternatives for civil and criminal response to this misbehavior. Such may include the request for terminating and injunctive sanction and remedy, though of course such is *ultra vires* your honor.

The other plaintiffs set forth above concur through their representatives.
I must respectfully tender this as full and complete response and necessarily reject that any action may be contemplated against them for taking all the time necessary to determine what to do in response to thuggery. There is no alternative. I will keep your honor informed.


Sincerely yours,

/s/ Frederick M. Oberlander
*Counsel*


/s/ Richard E. Lerner
*Co-Counsel*

PS According to public records and their own letterhead, the firm which unethically contacted my client directly maintains an office in New York[1] and at least one principal therein, Jeffrey Michels, is licensed to practice in New York and a member of the bar of the EDNY and SDNY and so he and his firm are subject to the personal jurisdiction of the court well within minimum contact provisions.

---

[1] Zell Aron & Co., Empire State Building, 350 Fifth Avenue, 59th Floor, New York, NY 10118-0069

EXHIBIT "A"

# ZELL ARON & CO.
## צל ארן ושות' משרד עורכי דין
### AN AFFILIATE OF FANDZ INTERNATIONAL LAW GROUP
International Attorneys & Notaries

28 אפריל, 2015
ט' אייר, תשע"ה

-דואר רשום + אישור מסירה-
-בלי לפגוע בזכויות-

לכבוד
ארבין טאוסקי, מ.ז. 0418008103
רח' חזון איש 27
בני ברק
טל' : 03-618-4075

אדון נכבד :

הנדון : **התראה לפני נקיטת הליכים משפטיים**

בשם מרשנו, מר פיליקס סטר (להלן : "**סטר**"), הרינו לפנות אליך כדלהלן :

1. כידוע לך, בתאריך ה-18.3.2013, הגשת תביעה אזרחית, באמצעות בא-כוחך עו"ד אוברלנדר, נגד סטר בבית המשפט הפדראלי של מחוז הדרומי של מדינת ניו יורק, ארה"ב (*Estate of Gottdiener, et al. v. Felix Sater, et al.*, **13 Civ. 1824 (2013)**). בתביעה זו תבעת מסטר סכום של 100,000,000 דולר ארה"ב.

2. כמו כן, בתאריך ה-10.5.2013, חודשיים בלבד לאחר הגשת התביעה הקודמת, שוב הגשת תביעה אזרחית, באמצעות עו"ד אוברלנדר, נגד סטר בבית משפט מדינתי בניו יורק, ארה"ב (*Kriss, et al. v. Bayrock Group LLC, et al.*, **651715/2013**). בתביעה זו תבעת מסטר סכום של 1,000,000,000 דולר ארה"ב.

3. אכן, זה שנים רבות, אתה, ביחד עם עוד מספר גומרים שיוצגו על ידי עו"ד אוברלנדר (מר ג'ודי קריס, למשל), רודפים אחרי סטר ומשפחתו עם תביעות משפטיות טורדניות אשר מטרתן המובהקת היא אך ורק להפעיל עליו לחץ פסול בכדי לסחוט ממנו כספים.

1

Jerusalem | Tel Aviv | New York | Washington, D.C. | Toronto | Moscow | Amman
34 Ben Yehuda Street Jerusalem, Israel 9423001 ירושלים ,34 רח' בן יהודה
Tel: +972-2-633-6300 טל' | Fax: +972-2-672-1767 פקס | www.fandz.com

מכתב התראה
מר ארווין טאוסקי
28 אפריל, 2015
עמוד 2

4. אם לא די בכך, נוסיף ונציין כי פעילות זדונית זו נעשית תוך הכפשת שמם הטוב של סטר ומשפחתו, הפרת חיסיון המידע המוגן על ידי צווי בית משפט רבים בארה"ב, ואף תוך חשיפה של סטר ושל משפחתו לסכנת נפשות ממשית.

5. כפי שידוע לך היטב, אותו מידע חסוי שאתה חשפת בעבר וחושף בהווה במסגרת התביעות הסרק נגד סטר, **נגנבו** על ידי בא-כוחך, עו"ד אוברלנדר, ממחשבי החברה אותה ניהל סטר. עובדה זו אינה שנויה במחלוקת ועו"ד אוברלנדר אף הודה בזה והצהיר על כך. המידע הגנוב כלל בתוכו מידע רגיש ביותר אודות עברו של סטר ובייחוד את פרטי הסיוע אותו העניק סטר לרשויות האכיפה והביטחון של ארה"ב במשך עשור במסגרת הסדר טיעון בינו לבין הרשויות הנ"ל. אין פלא, אפוא, כי מידע זה הוכרז על ידי בית המשפט הפדראלי בניו יורק כי הוא חסוי וחל עליו איסור פרסום, שימוש והפצה. אך, עובדה פשוטה זו לא מנעה אותך משימוש במידע לצורכי סחיטה.

6. עם המידע החסוי באמתחתכם, אתה ובא-כוחך הגשתם תביעות אזרחיות נגד סטר שנועדו אך ורק להפחיד ולהטיל אימה על סטר ומשפחתו בתקווה כי סטר יתקפל וישלם את הסכום המבוקש בתביעה (מיליארד דולר ארה"ב!!!) לפני הפצת המידע החסוי תגיע לכלל הציבור.

7. אתה ובא-כוחך בארה"ב, עו"ד אוברלנדר, שמתם את בתי המשפט בניו יורק ללעג ולקלס ומתעלמים באופן מוחלט מכל צו שהוצא נגדכם בכל הנוגע לניהול ההליכים המשפטיים בארה"ב. פעם אחר פעם, אתה, באמצעות עו"ד אוברלנדר, הפרו ומפרים את צווי בתי המשפט בניו יורק וחושפים בפני הציבור מסמכים רגישים מאוד שקיבלו צווי הגנה מרשויות השיפוט שם, עד כדי כך כי בית משפט פדראלי בניו יורק החליט לקיים חקירה פלילית אודות התנהגותו של בא-כוחך, עו"ד אוברלנדר בכל הנוגע לניהול ההליכים המשפטיים על ידו.

8. המעשים שמתוארים כאן בתמצית מהווה רק את קצה הקרחון של ההתנהגות הפסולה שלך ושל בא-כוחך. מעשים אלו עולים לכדי הפרות גסות של עוולות אזרחיות ישראליות שונות כמו, בין היתר, רשלנות, לשון הרע, פגיעה בפרטיות ועוד.

2

מכתב התראה
מר ארווין טאוסקי
28 אפריל, 2015
עמוד 3

9. מרשנו ייפה את כוחנו לפעול כאן בישראל כדי לשים קץ למסע הרדיפות שאתה מנהל נגד סטר בארה"ב, ובכלל זה להגיש נגדך תביעה כספית בבית משפט ישראלי המבוססת על העילות שהוזכרו לעיל ועל העובדות המתוארות כאן בקצרה.

10. משרדנו הכין כתב תביעה שמיועד להגשה לבית המשפט המחוזי בתל-אביב. סכום התביעה נגדך הינו סך של 4,000,000 ₪ בגין הנזק הרב שהוסב לסטר ולמשפחתו, הן נזק כלכלי והן נזק נפשי, כתוצאה ממעשיך.

11. התביעה מוכנה להגשה ואכן תוגש במידה ואינך מודיע בכתב על כוונתך להודיע לב"כ בארה"ב על פיטוריו ועל ביטול התביעות נגד סטר בארה"ב.

12. ראה מכתב זה כהתראה היחידה והאחרונה. מכתב נוסף לא יישלח. במידה ותוך 72 שעות ממועד קבלת מכתב זה לא נשמע ממך או מי מטעמך כי הינך מתחייב להיעתר לדרישותינו שבמכתב זה, כי אז כתב התביעה יוגש לבית המשפט.

13. פרטי יצירת קשר מופיעים בתחתית העמוד הראשון של המכתב. אנו מקווים כי עניין זה יסתיים בשלום ללא צורך בהתערבות בית המשפט.

בכבוד רב,

Zell, Aron & Co
צל, ארן ושות'
עו"ד
L. Marozell Adv.
12814
צל, אהרן ושות'
בן יהודה 54, ירושלים

עותק: מר פיליקס סטר

3

EXHIBIT "B"

# Zell Aron & Co.

_____
AN AFFILIATE OF FANDZ INTERNATIONAL LAW GROUP
International Attorneys and Notaries

April 28, 2015
[Hebrew Calendar Date: 9 Eyar 5775]

Attn:
Ervin Tausky, Israeli ID No. 0418008103                    <u>Certified Mail</u>
27 Hazon Ish Street
B'nei Brak
Telephone No. 03-618-4075

Dear Sir:
                Re:  **Pre-Suit Warning**

We are speaking for Mr. Felix Sater (hereinafter "Sater"). We address the following points.

1. As you know, on March 18, 2013, you filed a civil lawsuit through your lawyer Oberlander against Sater in the federal court of the Southern District of New York, United States, and in that lawsuit (***Estate of Gottdiener, et al v. Felix Sater, et al.*, 13 Civ. 1824 (2013)**) you asked Sater for the amount of US $100,000,000.

2. And then again on May 10, 2013, two months later, you filed another lawsuit through lawyer Oberlander against Sater in the Supreme Court of the State of New York, United States (***Kriss, et al. v. Bayrock Group LLC, et al.*, 651715/2013**), and asked for US $1,000,000,000.

3. And then for a few years you, Oberlander, and for example Jody Kriss, have pursued Sater and his family with frivolous lawsuits, intended solely to extort money from Sater.

<u>Jerusalem</u>  |  <u>Tel Aviv</u>  |  <u>New York</u>  |  <u>Amsterdam</u>  |  <u>Wasington, D.C.</u>  |  <u>Toronto</u>  |  <u>Moscow</u>  |  <u>Amman</u>

34 Ben Yehuda Street, Jerusalem, Israel 9423001
Tel. + 972-2-633-6300  Fax: + 972-2-672-1767   www.fandz.com

4. Aside from that, you are damaging the good name of Sater and his family, because you are making public information that was sealed by the United States court, and you are putting Sater and his family in jeopardy, and in danger of being killed.

5. And just like you know that the information that was sealed by the courts was stolen by Oberlander from the company computer that Sater managed, and in fact Oberlander admitted stealing, and the information that he stole was sensitive for Sater because that information helped the national security of the United States for ten years, and you knew that information was sealed by the federal courts of New York but you spoke of it and used it for the extortion

6. With the sealed information, you and your lawyer brought civil suits against Sater that their goal was only to scare Sater and his family, with the hope that Sater and his family would be scared and pay one billion dollars before the information would become public.

7. You and your lawyer Oberlander have brought ridicule to the courts, without care for what the courts asked of you, time after time, through lawyer Oberlander, and you showing to the public very sensitive documents that were sealed by the courts. It came to the point that the federal court in New York decided to order a criminal investigation against Oberlander.

8. This is just a tiny bit of the terrible things that your lawyer did. He's spoken ill of Sater, and he is trying to hurt his privacy.

9. Our client Sater gave us the authority to sue you here in Israel because of what's been discussed above.

10. Our office has prepared a lawsuit that will be filed in the court in Tel Aviv, and will sue for 4,000,000 shekels, because you caused Sater and his family economic loss and mental injury, because of all that you did.

11. The lawsuit is ready, and will be presented to the court unless you will withdraw all of your lawsuits against Sater in the United States.

12. See this letter as the only warning, and if in seventy two hours we don't hear from you, or the person who represents you, we will file the lawsuit.

13. The information as to how to reach us is in the letterhead. We hope this will resolve in peace, without court involvement.

/s/ Zell, Aron & Co.

cc: Felix Sater

## Certification of Translation

I, Adam Sailor, hereby certify under penalty of perjury, under the laws of the United States of America, and pursuant to 28 United States Code §1746, that the foregoing is, to the best of my ability, a true and correct translation of the attached document from Hebrew into English. I further certify, pursuant to 28 U.S.C. §1746, that I am competent in both Hebrew and English to render and certify such translation.

Yuvalim, Israel
April 30, 2015

_____
Adam Sailor