UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JODY KRISS, et al.,

                Plaintiffs,

                                        13 Civ. 3905 (LGS) (FM)

      -against-

BAYROCK GROUP LLC, et al.,

                Defendants.

-----------------------------------------------------------------X

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

      Plaintiff's Jody Kriss and Michael Chu'di Ejekam hereby provide notice that they voluntarily dismiss the above-titled action ("Kriss II") as to all defendants herein, pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i).

      Respectfully submitted,

_____

BRADLEY D. SIMON
SIMON & PARTNERS LLP
Attorneys for Plaintiff's
Jody Kriss and Michael
Chu'di Ejekam
551 5th Avenue, 31st Floor
New York, N.Y. 10176
(212) 332-8900 (p)
(212) 332-8909 (f)