USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JODY KRISS, et al.,

       Plaintiffs,

 -against-

BAYROCK GROUP LLC, et al.,

       Defendants.
-----------------------------------------------------------X

**ORDER**

13cv3905-LGS-FM

**FRANK MAAS**, United States Magistrate Judge.

  A conference in the above referenced matter shall be held on July 13, 2015, at 3:30 p.m., in Courtroom 20A, 500 Pearl Street, New York 10007.  All plaintiffs are directed to appear or be available by telephone.

  SO ORDERED.

Dated:  New York, New York
     June 19, 2015

              _____
              FRANK MAAS
              United States Magistrate Judge

Copies to All Counsel via ECF