```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JODY KRISS, et al.,

                Plaintiffs,

-against-                                13 Civ. 3905 (LGS) (FM)

BAYROCK GROUP LLC, et al.,

                Defendants.
-----------------------------------------------------------------X

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

    Plaintiff's Jody Kriss and Michael Chu'di Ejekam hereby provide notice that they voluntarily dismiss the above-titled action ("Kriss II") as to all defendants herein, pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i).

                                      Respectfully submitted,

                                      BRADLEY D. SIMON
                                      SIMON & PARTNERS LLP
                                      Attorneys for Plaintiff's
                                      Jody Kriss and Michael
                                      Chu'di Ejekam
                                      551 5th Avenue, 31st Floor
                                      New York, N.Y. 10176
                                      (212) 332-8900 (p)
                                      (212) 332-8909 (f)

Application GRANTED. The Clerk of Court is directed to terminate Plaintiffs Jody Kriss and Michael Ejekam from this action.

Dated: June 23, 2015
       New York, New York

                                      LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE