THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **JODY KRISS, et al.** | ) | NOTICE OF VOLUNTARY |
| Plaintiffs | ) | DISMISSAL PURSUANT TO |
| v. | ) | F.R.C.P. 41(a)(1)(A)(i) |
| | ) | |
| **BAYROCK GROUP LLC, et al.** | ) | Case No. 13-CV-3905 |
| Defendants | ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

July 10, 2015:

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Estate of Ernest Gottdiener, Estate of Judit Gottdiener, Ervin Tausky, Suan Investments, by and through their counsel, give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Felix Sater.

/s/ Frederick M. Oberlander
*Signature of plaintiffs' counsel*

28 Sycamore Lane (Box 1870)
*Address*

Montauk, New York 11954
*City, State & Zip Code*

212-926-0357
*Telephone Number*

212-926-0357
*Facsimile Number*

fred55@aol.com
*Email*