```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/15
```

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **JODY KRISS, et al.** | ) | NOTICE OF VOLUNTARY |
| Plaintiffs | ) | DISMISSAL PURSUANT TO |
| v. | ) | F.R.C.P. 41(a)(1)(A)(i) |
| | ) | |
| **BAYROCK GROUP LLC, et al.** | ) | Case No. 13-CV-3905 |
| Defendants | ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

July 10, 2015:

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Estate of Ernest Gottdiener, Estate of Judit Gottdiener, Ervin Tausky, Suan Investments, by and through their counsel, give notice that the above-captioned action, having been previously dismissed without prejudice as to and against defendant Felix Sater aka Felix Satter, is voluntarily dismissed, without prejudice, as to and against all other remaining defendants.

/s/ Frederick M. Oberlander
*Signature of plaintiffs' counsel*

28 Sycamore Lane (Box 1870)
*Address*

Montauk, New York 11954
*City, State & Zip Code*

212-926-0357
*Telephone Number*

212-926-0357
*Facsimile Number*

fred55@aol.com
*Email*

The Clerk of Court is directed to close this case.

Dated: July 13, 2015
      New York, New York

SO ORDERED

*[signature]*
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE