## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

J. KRISS and MICHAEL EJEKAM alone and for BAYROCK, MERRIMAC LLC; BAYROCK GROUP LLC, BAYROCK SPRING STREET LLC; BAYROCK WHITESTONE LLC; and BAYROCK CAMELBACK LLC;

    Plaintiffs I; and

E/O ERNEST GOTTDIENER, E/O JUDIT GOTTDIENER; ERVIN TAUSKY; and SUAN INVESTMENTS, in their individual Capacities and as putative class representatives;

    Plaintiffs II;

    v.

BAYROCK GROUP LLC; TEVFIK ARIF; JULIUS SCHWARZ; FELIX SATTER; BRIAN HALBERG; SALVATORE LAURIA; ALEX SALOMON; JERRY WEINRICH; SALOMON & CO. PC; AKERMAN SENTERFITT LLP; MARTIN DOMB; CRAIG BROWN; DUVAL & STACHENFELD LLP; BRUCE STACHENFELD; DAVID GRANIN; NIXON PEABODY LLP; ADAM GILBERT; ROBERTS & HOLLAND LLP; ELLIOT PISEM; MICHAEL SAMUEL; MEL DOGAN; BAYROCK SPRING STREET LLC; JOHN DOES 1-100; BAYROCK WHITESTONE LLC; BAYROCK CAMELBACK LLC; BAYROCK MERRIMAC LLC; BAYROCK GROUP INC.TAMIR SAPIR; ALEX SAPIR; "SAPIR DOES" 1-100; WALTER SAURACK; SATTERLEE STEPHENS BURKE & BURKE LLP; KELLY MOORE; MORGAN LEWIS & BOCKIUS LLP; NADER MOBARGHA; MICHAEL BEYS; BEYS STEIN & MOBARGHA LLP; ISTAR FINANCIAL; "LENDER INVESTOR DOES" 1-100; NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA.;

13-CV-3905 (LGS)

## NOTICE OF APPEAL

**FREDERICK M. OBERLANDER**
**LAW OFFICE OF FREDERICK M. OBERLANDER, PC**
28 Sycamore Lane (Post Office Box 1870)
Montauk, New York 11954
Telephone:   (212) 826-0357
Facsimile:    (212) 202-7624
Email:          fred55@aol.com

*Counsel for Plaintiffs*

**RICHARD E. LERNER**
**LAW OFFICE OF RICHARD E. LERNER, PC**
122 West 27th Street, 10th Floor
New York, NY 10001
Telephone:   (917) 584-4864

Email:          richardlerner@msn.com

*Co-Counsel for Plaintiffs*

The Estate of Ernest Gottdiener; the Estate of Judit Gottdiener; Suan Investments; and Ervin Tausky; certain plaintiffs ("Plaintiffs II") in this, the above-captioned action, hereby appeal to the United States Court of Appeals for the Second Circuit from the final order (apparently *sub silentio* first vacating their FRCP 41(a) voluntary dismissals without prejudice filed with the judgment clerk on July 13, 2015 as of right) dismissing this action with prejudice, entered by the district court (Schofield, J.) on November 16, 2015, ECF 137, including from all parts, aspects, and constituents thereof.

Plaintiffs II further appeal from prior orders, and all parts, aspects, and constituents thereof, entered in this matter, including without limitation the following:

(1) The denial of plaintiffs' motion for remand, entered February 25, 2014, ECF. 40.

(2) The denial of plaintiffs' motion for emergency hearings *re* witness tampering alleged to have been committed by defendant Sater, entered April 17, 2014, ECF 49;

(3) The denial of plaintiffs' motion to reconsider (2) entered May 8, 2014, ECF 62;

(4) The denial of plaintiffs' motion to set aside that certain order of the magistrate sealing the complaint in its entirety, entered March 23, 2015, ECF 102; and

Both above listed counsels also appeal as interested parties (*viz.* non-party appellants) if and to the fullest extent they have standing to do so including, without limitation, insofar as any appealable orders are deemed or adjudged to be or embed or include sanctions or other adjudications in whole or in part against their interests, as will further be set forth during the appellate process.

*****

Dated:    December 16, 2015
New York, New York

/s/ Frederick M. Oberlander

Lead Counsel
Counsel of Record

/s/ Richard E. Lerner

Co-counsel